IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANDREA NICOLE TINSLEY | CASE:  25-12971MER |

DEBTOR

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Debtor has failed to commence Chapter 13 Plan payments. 11 U.S.C. § 1326.

2. The Chapter 13 Plan fails to fully treat the priority claim of the Internal Revenue Service (Claim no. 3). 11 U.S.C. § 1322(a)(2).

3. The Trustee requests pay advice information and bank statements for the six months preceding the filing of the Petition to determine whether the Debtor's plan provides for the appropriate applicable commitment period.  11 U.S.C. §§ 521(a)(1)(B)(iv), 1325(a)(3), 1325(b)(1)(B) and 1325(b)(4).

4. The Trustee requests proof of the expense for childcare in the amount of $2,718 reflected on Debtor's schedules in order to determine whether the Plan complies with 11 U.S.C. §§ 1325(a)(3) and 1325(b)(1)(B).

5. The Trustee requests proof of the non-filing spouse's income and expenses reflected on Form 122C-1 and Schedules I/J. 11 U.S.C. §§ 1325(a)(3), 1325(b)(1)(B) and 1325(b)(4).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

June 16, 2025

Respectfully submitted,

s/Nick Santarelli<br>
Nick Santarelli, #46592<br>
Attorney for Chapter 13 Trustee,<br>
Adam M. Goodman<br>
P.O. Box 1169<br>
Denver, CO  80201-1169<br>
(303) 830-1971<br>
FAX (303) 830-1973<br>
nsantarelli@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on June 16, 2025 addressed as follows:

ANDREA NICOLE TINSLEY
115 PAEPCKE DR # 102
ASPEN, CO 81611


ROBINSON & HENRY, PC
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member