**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Andrea Nicole Tinsley | | | Case # | **25-12971** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | | | | Chapter: | 13 |
| | First Name | Middle Name | Last Name | | |

**Local Bankruptcy Form 3015-1.4**
**Confirmation Status Report**

**Complete applicable sections and check applicable boxes.**

| Part 1 | Report |
|---|---|

The debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor filed for chapter 13 relief on  **5/16/25**. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on June 13, 2025.

| Part 2 | Notice and Service Date |
|---|---|

The last plan to be noticed and served was dated **May 30, 2025** at docket no.  **27**.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| | | |
| | | |

| Part 3 | Objections |
|---|---|

☐ No objections have been filed to the last plan.
☑ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Adam Goodman, Trustee | 31 |
| Roaring Fork Neurology | 32 |

AND

☑ The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

| Part 4 | Summary of Objections |
|---|---|

| Objection | Debtor's Response |
|---|---|
| Adam Goodman, Trustee<br>1) Chapter 13 Plan Payments not commenced;<br>2) IRS priority tax claim;<br>3) Trustee requests pay advice information for past six | 1) Debtor payments commenced in June 2025 and Debtor has made her full June 2025 plan payment;<br>2) Debtor needs to increase the IRS priority tax payment by ~$60 and Debtor will amend her plan to do so; |

| | |
|---|---|
| months;<br>4) Trustee requests proof of child care expense of $2,718/mth<br>5) Trustee requests proof of NFS income and expenses | 3-5) Debtor will be providing this information to the Trustee. |
| Roaring Fork<br>1) Good faith and disposable income | 1) Debtor is engaging in settlement discussions with Roaring Fork.  In the event no settlement is reached, Debtor will provide documentation for her expenses. Debtor disputes the characterization of her filing as bad faith; Debtor has substantial other debt (~$70,000 including ~$10,000 of priority tax debt) and has not filed this case solely due to the civil claims filed against her. |

**Part 5**    **Resolution of Objections by Amended Plan**

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

    a.   Filing of Amended Plan.

         ☐  The debtor already has filed an amended plan, dated _____ **[month/day/year]**, at docket no. _____ **[#]**. The amended plan makes the following changes:<br>            _____<br>            **[describe changes]**.

         ☑  The debtor intends to file an amended plan by  **August 12, 2025**. The anticipated amended plan will make the following changes:<br>            **Provide for priority tax debt;**<br>            **Resolve any disposable income issues.**<br>            **[describe changes]**.

    b.   Treatment of Objections by Amended Plan.

         ☐  The amended plan is intended to resolve all of the objections filed;

         ☑  The amended plan is intended to resolve only certain objections as described:

             1. **It is unknown whether an amended plan may resolve the good faith challenges of Roaring Fork.**
_____

             2. **[List objection and explain how objection is resolved by amended plan]**
_____

    c.   Notice of Amended Plan:

         ☑  Notice to all creditors: the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.

         ☐  Request to limit notice: the debtor requests notice of the amended plan be limited for the following reasons:<br>            _____<br>            **[explain reason for limiting notice and list the parties proposed to receive notice]**.

         ☐  Request to waive notice: the debtor requests notice of the amended plan be waived for the following reasons:<br>            _____<br>            **[explain reason for waiving notice]**.

   d.   Objection Time Period for Amended Plan:

      ☑  Objection deadline pursuant to Fed. R. Bankr. P. 2002(a): the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(a).

      ☐  Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(a) be shortened to _____ **[#]** days:

          **[explain reason for shortening objection period]**.

| Part 6 | Resolution of Objections by Judicial Determination |
|---|---|

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

      ☐  The debtor requests judicial determination of all outstanding objections;

      ☐  The debtor requests judicial determination of only certain objections raising the following outstanding issues:

        1.   **[List issue]** _____

        2.   **[List issue]** _____

      ☐  The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter will be _____ **[#]** hours. The debtor anticipates _____ **[#]** witnesses will be called to testify.

      ☐  The hearing will require legal argument only.

| Part 7 | Other Information of Status of Case |
|---|---|

**[Provide any other information on the status of the case and confirmation issues that the debtor wishes to bring to the Court's attention.]**

  **Debtor has requested an amended plan deadline of August 12, 2025 as that coincides with the deadline to object to dischargeability.  Debtor's intent is to resolve the Roaring Fork issues prior to that date.**

| Part 8 | Signature of Debtor's Attorney or Debtor (if unrepresented) |
|---|---|

Dated:   **June 30, 2025** _____

By:   */s/Nathaniel J. Thompson* _____
      Signature

Bar Number (if applicable)::   **41219 CO**
Mailing Address:   **7555 E. Hampden Ave.**
          **Suite 600**
          **Denver, CO 80231**
Telephone number:   **303-688-0944**
Facsimile number:   **303-284-2942**
E-mail address:   **nate.thompson@robinsonandhenry.com**