United States Bankruptcy Court
District of Colorado

In re:  
Andrea Nicole Tinsley  
    Debtor

Case No. 25-12971-MER  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 01, 2025      Form ID: pdf904      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 01 2025 23:25:00 | Colorado Housing And Finance Authority, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com  trusteeCOB1Z@ecf.epiqsystems.com |
| Alison L Berry | on behalf of Creditor Colorado Housing And Finance Authority bankruptcyecf@janewaylaw.com |
| Bailey C. Pompea | on behalf of Creditor Roaring Fork Neurology  P.C. dba NeuroSpa bpompea@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| Jeffrey Weinman | on behalf of Creditor Roaring Fork Neurology  P.C. dba NeuroSpa jweinman@allen-vellone.com, lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com |
| Nathaniel Thompson | on behalf of Debtor Andrea Nicole Tinsley notices@robinsonandhenry.com nate.thompson@robinsonandhenry.com,nathaniel@njtlaw.net |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Jul 01, 2025 Form ID: pdf904 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Michael E. Romero

| In re: | |
|---|---|
| Andrea Nicole Tinsley | Case No.  25-12971-MER |
| | Chapter 13 |
| Debtor(s). | |

## ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **6/30/2025** and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan. The Court ORDERS:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2. By **8/11/2025**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan; (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and all creditors and parties in interest. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3. All pending objections are deemed MOOT. Any party who wishes to object to a future plan must file a new objection by **9/2/2025.**

4. If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4. If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3. Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **9/15/2025.**

5. The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

    • **9/22/2025 at 1:30 p.m.**

    • The hearing will be held by telephone by Judge Michael E. Romero. Please call 833-435-1820 (toll free) and enter Meeting ID 161 090 8955. All information regarding telephonic appearances is available on the Court's website at https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer

6. If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: July 1, 2025

BY THE COURT:

s/ Michael E. Romero

Michael E. Romero,
Bankruptcy Judge