## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re:  ANDREA NICOLE TINSLEY                                          Case No.:  25-12971MER

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ADAM M GOODMAN, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  05/16/2025.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  08/12/2025.
6) Number of months from filing or conversion to last payment:  2.
7) Number of months case was pending:  4.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  271,295.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $625.62 |
| Less amount refunded to debtor: | $625.62 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $.00 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A-1 COLLECTION AGENCY LLC | Unsecured | 2,846.55 | 2,852.95 | 2,852.95 | .00 | .00 |
| AFFIRM | Unsecured | 346.23 | NA | NA | .00 | .00 |
| AFFIRM | Unsecured | 1,095.68 | NA | NA | .00 | .00 |
| AFFIRM | Unsecured | 1,302.03 | NA | NA | .00 | .00 |
| AFFIRM | Unsecured | 793.34 | NA | NA | .00 | .00 |
| AFFIRM | Unsecured | 261.35 | NA | NA | .00 | .00 |
| ALPINE BANKS | Unsecured | 1,945.00 | NA | NA | .00 | .00 |
| ALPINE BANKS | Unsecured | 814.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS NATIONAL BANK | Unsecured | 3,545.00 | 3,545.92 | 3,545.92 | .00 | .00 |
| AMERICAN EXPRESS NATIONAL BANK | Unsecured | 4,466.00 | 4,466.67 | 4,466.67 | .00 | .00 |
| AMERICAN EXPRESS NATIONAL BANK | Unsecured | 10,896.82 | 10,896.82 | 10,896.82 | .00 | .00 |
| CAPITAL ONE, NA SUCCESSOR BY MER | Unsecured | 2,078.12 | 2,078.12 | 2,078.12 | .00 | .00 |
| COLORADO DEPT OF REVENUE | Priority | NA | 701.00 | 701.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: ANDREA NICOLE TINSLEY                                          Case No.: 25-12971MER

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| COLORADO DEPT OF REVENUE | Unsecured | NA | 35.00 | 35.00 | .00 | .00 |
| COLORADO HOUSING & FINANCE AUTH | Secured | NA | NA | NA | .00 | .00 |
| GOLDMAN SACHS BANK USA | Unsecured | 165.00 | NA | NA | .00 | .00 |
| IRS - U.S. TREASURY | Priority | NA | 9,961.04 | 9,961.04 | .00 | .00 |
| IRS - U.S. TREASURY | Unsecured | NA | 102.02 | 102.02 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 3,874.00 | 3,751.13 | 3,751.13 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 296.00 | 943.05 | 943.05 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 2,243.00 | 2,581.71 | 2,581.71 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 245.00 | 756.05 | 756.05 | .00 | .00 |
| MISC UNSECURED CREDITORS | Unsecured | 685.00 | NA | NA | .00 | .00 |
| MOUNTAIN AMERICA CREDIT UNION | Secured | NA | 39,555.49 | .00 | .00 | .00 |
| MOUNTAIN AMERICA CREDIT UNION | Unsecured | 21,952.00 | 21,952.87 | 21,952.87 | .00 | .00 |
| NORDSTROM FSB | Unsecured | 129.00 | NA | NA | .00 | .00 |
| PHYSICIANS OF VALLEY VIEW | Unsecured | 970.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 3,431.00 | 3,431.13 | 3,431.13 | .00 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured | 1,824.00 | 1,824.81 | 1,824.81 | .00 | .00 |
| ROARING FORK FAMILY PHYS P | Unsecured | 335.70 | NA | NA | .00 | .00 |
| ROARING FORK NEUROLOGY PC | Unsecured | 133,896.32 | 437,164.13 | 437,164.13 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: ANDREA NICOLE TINSLEY  Case No.: 25-12971MER

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TD BANK USA, N.A. | Unsecured | 2,897.00 | 2,939.08 | 2,939.08 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 10,662.04 | .00 | .00 |
| **TOTAL PRIORITY:** | 10,662.04 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 499,321.46 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 09/02/2025        By: /s/ADAM M GOODMAN
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.